NUMBER 13-00-715-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________ 


MONICA G. RIVERA-CANTU , Appellant, 


v.

 THE STATE OF TEXAS, Appellee. 

___________________________________________________________________ 


On appeal from the 36th District Court

of Aransas County, Texas.

____________________________________________________________________ 


O P I N I O N

 Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam

 

 Appellant seeks to appeal from an order continuing or modifying community supervision. We dismiss the appeal for want
of jurisdiction. 

 In Basaldua v. State, 558 S.W.2d 2 (Tex. Crim. App. 1977), the Court held that a defendant may not appeal from an order
continuing a defendant on probation with amended terms and conditions. There is neither constitutional nor statutory
authority which would confer jurisdiction on this Court to hear an appeal from an order modifying probationary conditions. 
Basaldua, 558 S.W.2d at 5. 

 Accordingly, the appeal is dismissed. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 11th day of January, 2001 .